67694. SHORTER v. THE STATE.

BANKE, Judge.

In this appeal from his conviction of entering a motor vehicle with intent to commit a theft, the defendant's sole contention is that the evidence is insufficient to support the verdict.

The victim positively identified the defendant; and the defendant's car, which was used to transport the property stolen from the victim's vehicle, was also identified. *Held:*

Applying the standard prescribed in Jackson v. Virginia, 443 U. S. 307 (99 SC 2781, 61 LE2d 560) (1979), we find the evidence sufficient to enable a rational trier of fact to find the defendant guilty beyond a reasonable doubt.

*Judgment affirmed. Shulman, P. J., and Pope, J., concur.*

DECIDED FEBRUARY 13, 1984.

*Michael H. Lane,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, H. Allen Moye, A. Thomas Jones, Assistant District Attorneys,* for appellee.